August 27, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES W. WHITE AND DONNA M. GREEN, Appellants

NO. 14-13-00204-CV                    V.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND AFFILIATED
CLAIMS SERVICE, INC., Appellees

_____

Today the Court heard the parties' agreed motion to dismiss the appeal from the judgment signed by the court below on February 4, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.